F I L E D
CLERK, U.S. DISTRICT COURT
4/5/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_VAM\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 2:22-cr-00125-FLA |
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1510(b)(2): Obstruction of a Criminal Investigation] |
| ALHINA BOLTON, | |
| Defendant. | **[CLASS A MISDEMEANOR]** |

The United States Attorney charges:

[18 U.S.C. § 1510(b)(2)]

On or about November 9, 2016, in Los Angeles County, within the Central District of California, defendant ALHINA BOLTON, an officer, employee, and agent of a financial institution, namely, East-West Bank, notified a customer of that financial institution whose records were sought by a subpoena for records and any other person named in that subpoena about the existence of and contents of a Federal grand jury subpoena for customer records of that financial institution

//

//

//

that was served relating to a violation of, and conspiracy to violate, Title 18, United States Code, Section 1956.

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

ANDREW M. ROACH
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section